UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTH LAUDERDALE BEAUTY SUPPLY, INC., a Florida corporation, doing business as Broward Beauty Supply, and DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE NO.  11-CV-61891-JIC |

### ORDER OF PERMANENT INJUNCTION

      **THIS CAUSE** is before the Court upon the Stipulation Regarding Proposed Order for Permanent Injunction [DE 7], signed by counsel for Plaintiff Moroccanoil, Inc. and President of Defendant North Lauderdale Beauty Supply, Inc., d/b/a Broward Beauty, for a final resolution of this action.  The Court finds that this action can be terminated upon entry of this Final Judgment, which includes a Permanent Injunction as part of a comprehensive settlement.

      Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     Defendant North Lauderdale Beauty Supply, Inc. dba Broward Beauty ("Broward Beauty") and its owners, officers, agents, servants, employees, attorneys, suppliers, distributors, and all those in active concert or participation with any of them, are permanently restrained and enjoined from:

    a.     Acquiring, purchasing, marketing, storing, transporting, distributing, dealing in, offering for sale or selling, directly or indirectly, any Moroccanoil Products, including counterfeit

        Moroccanoil Products or any products bearing Moroccanoil Trademarks.

    b.    Causing, directing, soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraph (a).

2.    The Clerk may close this case and deny any pending motions as moot.

**DONE and ORDERED** in chambers, in Fort Lauderdale, Broward County, Florida, this 24th day of October, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Javier A. Lopez, Esq.
  (Plaintiff's counsel shall serve a copy upon
   Defendant North Lauderdale Beauty Supply, Inc.,
    via its President, Louay Abdin).